IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LINDA O'NEAL, et al., : | |
| : | Case No. 1:13CV22 |
| Plaintiffs, : | |
| : | Chief Judge Susan J. Dlott |
| v. : | |
| : | ORDER APPROVING PLAINTIFFS' |
| EMERY FEDERAL CREDIT UNION, : | UNOPPOSED MOTION FOR |
| et al., : | ATTORNEYS' FEES, COSTS, AND |
| : | CLASS REPRESENTATIVE AWARD |
| Defendants. : | |

This matter is before the Court on Plaintiffs' Unopposed Motion and Memorandum of Law for Approval of Attorneys' Fees, Costs, and Class Representative Award (Doc. 109) and Plaintiffs' Second Memorandum of Law for Approval of Attorneys' Fees, Costs, and Class Representative Award (Doc. 110).

This case is a collective action under § 216(b) of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The parties negotiated a resolution to this matter through a Stipulation of Settlement Agreement and Release, filed for Court approval. Pursuant to the terms of the Settlement Agreement, Defendants agree to pay a total of $952,000.

Plaintiffs' counsel seeks this Court's approval of an award of attorneys' fees in the amount of $285,000 of the Settlement Fund, out-of-pocket litigation expenses in the amount of $12,874, and an enhancement payment to named Plaintiff, Linda O'Neal, in the amount of $10,000.

Following Plaintiffs' filing of their Unopposed Motion and Memorandum of Law for Approval of Attorneys' Fees, Costs, and Class Representative Award, this Court held a telephonic status conference with the parties regarding the Motion. Thereafter, Plaintiffs' counsel submitted their time records for work performed in this case and submitted a Second

Memorandum of Law for Approval of Attorneys' Fees, Costs, and Class Representative Award (Doc. 110)[1]. Having reviewed the parties' pleadings and counsel's time records, and being sufficiently advised, the Court hereby orders as follows:

(1) Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Service Payments (Doc. 109) is GRANTED, and Plaintiffs' Second Memorandum of Law for Approval of Attorneys' Fees, Costs, and Class Representative Award is DENIED AS MOOT (Doc. 110);

(2) The Court finds Plaintiffs' requested amounts for attorneys' fees and costs are reasonable. Plaintiffs' counsel are awarded attorneys' fees in the amount of $285,000 and costs in the amount of $12,874;

(3) Pursuant to the Settlement Agreement, the Court approves a representative award in the amount of $10,000 to named Plaintiff, Linda O'Neal.

IT IS SO ORDERED.

*(signature)*
Chief Judge Susan J. Dlott
United States District Court

---

[1] Although it appears counsel intended this to be filed as a supplemental memorandum, it was filed as a motion.

2